382

*Fred B. Sieber,* with him *Dana Sherwood Jones,* for appellants.

*Will J. Schaaf,* with him *John A. Spaeder,* and *Marsh, Spaeder, Baur, Spaeder & Schaaf,* for appellee.

OPINION PER CURIAM, April 20, 1959:
The order of the court below granting the plaintiff a new trial is affirmed at the appellants' costs.

# Reedy, Appellant, *v.* Brown.

Argued March 20, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and McBRIDE, JJ.

George J. Barco, with him Norman S. Faulk, and Barco and Barco, for appellant.

John D. Ray, with him Ray, Good & Hudson, for appellee.

OPINION PER CURIAM, April 20, 1959:.
The judgment is affirmed on the opinion of Judge SOHN, of the court below.
Mr. Justice MUSMANNO dissents.

Erie, Appellant, v. Gulf Oil Corporation.